FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

2016 MAY 18  PM 12: 54

CLE...
AT ...
BY_____DEPUTY

| | | |
|---|---|---|
| CIMON LOVESS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. JFM-16-1496 |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF REMOVAL

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, hereby files this Notice of Removal of this action from the Baltimore County Circuit Court, Maryland, wherein it is now pending as Case No. 24-C16001970, to the United States District Court for the District of Maryland. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Equifax shows this Court as follows:

1.    An action was filed on April 4, 2016 in the Baltimore County Circuit Court, Maryland, entitled *Lovess v. Equifax Information Services LLC*, Case No. 24-C16001970 (the "State Court Action").

2.    Equifax was served with the Complaint on April 18, 2016.

3.    This Notice is being filed with this Court within thirty (30) days after Equifax was served with a copy of Plaintiff's initial pleading setting forth the grounds for her action and her claims for relief.

4.    This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the

1

371171/343.186

United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

(a)     Plaintiff's Complaint, on its face, alleges a violation of the FCRA.  (See Plaintiff's Complaint, ¶¶ 18-25).

(b)     The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5.     Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to Plaintiff and to the Clerk of the Baltimore County Circuit Court, Maryland, as required by 28 U.S.C. § 1446(d).

6.     Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon Equifax in the State Court Action.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

Respectfully submitted this 18th day of May, 2016.

/s/ Nathan D. Adler
Nathan Daniel Adler
Bar No: 22645
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland  21202-3201
(410) 332-8516
(410) 332-8517 - Fax
nda@nqgrg.com

371171/343.186

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of May, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and sent a copy via U.S. Mail to:

Cimon Lovess
5546 Channing Rd.
Baltimore, MD 21229

/s/ Nathan D. Adler
Nathan Daniel Adler

3

371171/343.186