IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CIMON LOVESS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:16-cv-01496-JFM |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Cimon Lovess, and Defendant, Equifax Information Services LLC that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action be dismissed with prejudice against Defendant Equifax Information Services LLC, as settled, with each party to bear their own costs and expenses.

Respectfully submitted this 23rd day of September, 2016.

/s/ Cimon Lovess
Cimon Lovess
5546 Channing Rd.
Baltimore, MD 21229
*Pro Se Plaintiff*

*/s/ Nathan D. Adler*
Nathan Daniel Adler, Esq.
Bar No: 22645
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland  21202-3201
(410) 332-8516
(410) 332-8517 - Fax
nda@nqgrg.com
Attorney for Equifax Information Services LLC

1

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing via ECF to the following attorneys of record:

Cimon Lovess
5546 Channing Rd.
Baltimore, MD 21229
*Pro Se Plaintiff*

DATED: September 23, 2016

>*/s/ Nathan D. Adler*
>Nathan Daniel Adler